NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**KYLE MORRIS, SHARING WORLD
ENTERTAINMENT, LLC,
and READSPEAK, INC.,**
*Plaintiffs-Appellants,*

**v.**

**DON MOODY, GARY FRIEDMAN,
IRA SOCKOWITZ, THE LEARNING BOX, LLC,
JOHN LEE, JACQUELINE MOODY,
READY TO LEARN PARTNERSHIP, LLC,
WORD WORLD, LLC, PETER SCHNEIDER,
WINDOW TO THE WORLD COMMUNICATIONS,
INC., THE PUBLIC BROADCASTING SYSTEM,
INC., NOAH SHUBE, and
LAW OFFICES OF FRIEDMAN & SHUBE,**
*Defendants-Appellees,*

**and**

**JOHN DOES 1-10, ABC CORPORATION,
and
XYZ CORPORATION,**

*Defendants.*

———————————

2010-1329, - 1363

———————————

Appeal from the United States District Court for the Southern District of New York in No. 08-CV-7683, Judge Jed S. Rakoff.

—————————

**JUDGMENT**

—————————

ROGER L. FIDLER, Law Offices of Roger L. Fidler, Midland Park, New Jersey, and ANDREW L. LEE, All Counsel PC, of New York, New York, argued for plaintiffs-appellants.

BRAD RICHARD NEWBERG, Reed & Smith, LLP, of Falls Church, Virginia, for defendants-appellees.

—————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (GAJARSA, DYK, and Prost, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

January 14, 2011          /s/ Jan Horbaly
     Date                         Jan Horbaly
                                       Clerk